| Name & Address:<br>Have Trunk Will Travel, Inc.; Gary Johnson; Kari Johnson<br>27455 Peach St.<br>Perris, CA 92570 |  FOR OFFICE USE ONLY |
|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Gail Profant, an individual;<br>Leslie Hemstreet, an individual;<br><br>PLAINTIFF(S)<br>v.<br><br>Have Trunk Will Travel, Inc., a corporation;<br>Gary Johnson, an individual;<br>Kari Johnson, an individual; and DOES 1-10<br>DEFENDANT(S). | CASE NUMBER<br><br>LACV11-5339-RGK (OPx)<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S): Have Trunk Will Travel, Inc.; Gary Johnson; Kari Johnson

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Corey Evans_____, whose address is 2912 Diamond St. #346, San Francisco, CA 94131_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: JUL 1 2 2011

Clerk, U.S. District Court

By: CHRISTOPHER P[...]
   Deputy Clerk

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                                    SUMMONS