NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR OF
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

COREY A. EVANS, 6100 WILSHIRE BLVD. #1150
415-896-5072    LOS ANGELES, CA 90048
GENEVA PAGE, 2912 DIAMOND ST. #346
415-896-5072    SAN FRANCISCO, CA 94131
ROBERT STAMPS, 2912 DIAMOND ST. #346
415-896-5072    SAN FRANCISCO, CA 94131

FILED
JUN 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GAIL PROFANT;
LESLIE HEMSTREET

Plaintiff(s),

v.

HAVE TRUNK WILL TRAVEL, INC.
GARY JOHNSON
KARI JOHNSON

Defendant(s).

CASE NUMBER:

LACV11-5339 RGK(OPx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __PLAINTIFFS__
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| PLAINTIFF GAIL PROFANT | CONSUMER |
| PLAINTIFF LESLIE HEMSTREET | CONSUMER |
| DEFENDANT HAVE TRUNK WILL TRAVEL, INC. | ELEPHANT TRAINERS, RIDES, MOVIES |
| DEFENDANT GARY JOHNSON | OWNER OF HAVE TRUNK, HUSBAND |
| DEFENDANT KARI JOHNSON | OWNER OF HAVE TRUNK, WIFE |

(List the names of all such parties and identify their connection and interest.)

6-27-2011
Date

[signature]
Sign

Attorney of record for or party appearing in pro per

CV-30 (04/10)    NOTICE OF INTERESTED PARTIES