KELLEY DRYE & WARREN LLP
  Allison S. Brehm (STATE BAR NO. 224029)
  Audrey J. Jing (STATE BAR NO. 247244)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
abrehm@kelleydrye.com
ajing@kelleydrye.com

Attorneys for Defendant Have Trunk
Will Travel, Inc., Gary Johnson and Kari
Johnson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PROFANT, an individual; LESLIE HEMSTREET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HAVE TRUNK WILL TRAVEL, INC., a corporation; GARY JOHNSON, an individual; KARI JOHNSON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:11-cv-05339-RGK-OP<br><br>**DEFENDANTS' REQUEST FOR PUBLICATION OF ORDER OF NOVEMBER 29, 2011 GRANTING MOTION TO DISMISS** |

296740.1.doc

REQUEST FOR PUBLICATION

**TO THE COURT:**

On November 29, 2011, the Court entered an Order granting the Motion to Dismiss filed by defendants Have Trunk Will Travel, Inc., Gary Johnson and Kari Johnson (collectively, "Defendants"), and dismissing all claims in this lawsuit. *See* Dkt. 18, November 29, 2011 Order (the "Order"). The Order is attached hereto as Attachment A. Defendants respectfully request that the Court publish the Order in an official (or unofficial) reporter, as the Court deems appropriate.

DATED: November 30, 2011        KELLEY DRYE & WARREN LLP
                                Allison S. Brehm
                                Audrey J. Jing


                                By      /s/ Audrey J. Jing
                                         Audrey J. Jing
                                Attorneys for Defendant Have Trunk Will
                                Travel, Inc., Gary Johnson, and Kari Johnson

296740.1.doc

REQUEST FOR PUBLICATION