# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PROFANT, an individual; LESLIE HEMSTREET, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HAVE TRUNK WILL TRAVEL, INC., a corporation; GARY JOHNSON, an individual; KARI JOHNSON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:11-cv-05339-RGK-OPx<br><br>**JUDGMENT DISMISSING PLAINTIFFS' COMPLAINT** |

296776.1.doc

[PROPOSED] JUDGMENT DISMISSING PLAINTIFFS' COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By written Order dated November 29, 2011 (Dkt. 18), the Court dismissed all of the claims of Plaintiffs Gail Profant and Leslie Hemstreet (collectively, "Plaintiffs") against Defendants Have Trunk Will Travel, Inc., Gary Johnson and Kari Johnson (collectively, "Defendants") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, finding that Plaintiffs' allegations fail to support any entitlement to relief with respect to Defendants.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to the Court's Order dated November 29, 2011, which is incorporated herein by reference, Plaintiffs' Complaint is dismissed in its entirety, with prejudice.

2. Defendants are the prevailing parties in this action and are entitled to their costs.

3. Requests for costs may be made by application to the Clerk of the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, and any other applicable rule and statutes.

DATED: December 5, 2011

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner
United States District Judge

Presented By:

KELLEY DRYE & WARREN LLP

/s/Audrey J. Jing
Audrey J. Jing
Attorneys for Defendants Have Trunk Will Travel, Inc., Gary Johnson and Kari Johnson